TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00310-CV

Frank Stephenson and James Stephenson, Appellants

v.

Diane Frazier and Bro Frazier, Appellees

FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY 

NO. 3690, HONORABLE ROBERT F.B. (SKIP) MORSE, JUDGE PRESIDING 

PER CURIAM

 Appellants Frank and James Stephenson and appellees Diane and Bro Frazier move this
Court to dismiss this cause on the ground that all matters of fact and things in controversy have been fully
and finally compromised and settled by and between the parties. We grant the motion to dismiss. Tex. R.
App. P. 59(a)(1).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Joint Motion

Filed: July 3, 1997

Do Not Publish